IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

IN THE MATTER OF THE COMPLAINT OF EDWARD FURST, AS OWNER OF A 1999 BOSTON WHALER 18 OUTRAGE, HIN BWCLB057C999, FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Case No. _____

## AFFIDAVIT

I, Stephen P. Charette, being duly sworn, submit the following Affidavit:

1. My name is Stephen P. Charette, and I am over the age of 18 and competent to make this Affidavit.

2. I am the owner of New England Marine Consultants, Inc.

3. I have been asked to determine the fair market value of a 1999 Boston Whaler 18 Outrage (Hull Identification Number: BWCLB057C999, State Registration Number: MS 4570 BN) (hereinafter, the "Limitation Vessel"), following the Limitation Vessel's involvement in an accident that occurred on the waters of the North River in or near Scituate, Massachusetts, on May 22, 2021 (hereinafter the "Accident").

4. I am a member of the International Association of Marine Investigators (IAMI), and I have been an IAMI Certified Marine Investigator since 2016.

5. In the course and scope of my duties as a marine surveyor, I am often required to assess and/or estimate the value of watercraft.

6. I surveyed the damage to the Limitation Vessel after the Accident, on November 3rd, 2021.

7. At the time of the loss the Limitation Vessel had no pending freight.

8. I estimate that the Limitation Vessel's current fair market value, and fair market value at the time of the loss, in coastal Massachusetts to be $23,855.00.

9. The foregoing estimate is true, correct, and accurate to the best of my knowledge and information and based on my training and experience as an IAMI Certified Marine Investigator working in the Commonwealth of Massachusetts.

FURTHER THE AFFIANT SAYETH NOT.

_____
Stephen P. Charette, CMI

**COMMONWEALTH OF MASSACHUSETTS,**
**CITY / COUNTY OF** _ESSEX_ **to wit:**

On this _09th_ day of November 2021, before me, a notary in and for the Commonwealth of Massachusetts, in the City or County aforesaid, personally appeared Stephen P. Charette, who:

____ is personally known to me, or
✓ has produced _MA Driver's License_ as identification, appeared before me, a notary in and for the Commonwealth of Massachusetts and being duly sworn, executed the foregoing Affidavit and acknowledged the Affidavit to be his free and voluntary act and deed.

IN WITNESS WHEREOF I have hereunto set my hand and official seal, this day and year first written above.

_____
Notary Public

Notary Registration Number: _____

My Commission Expires: _03/02/2023_



ENTJONA BRARI
Notary Public
Commonwealth of Massachusetts
My Commission Expires March 02, 2023

I-1833030.2