IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

IN THE MATTER OF THE COMPLAINT OF EDWARD FURST, AS OWNER OF A 1999 BOSTON WHALER 18 OUTRAGE, HIN BWCLB057C999, FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Case No. _____

**LIMITATION PLAINTIFF'S *AD INTERIM* STIPULATION FOR VALUE**

WHEREAS Limitation Plaintiff, Edward Furst (hereinafter, the "Limitation Plaintiff"), as owner of a 1999 Boston Whaler 18 Outrage (Hull Identification Number: BWCLB057C999, State Registration Number: MS 4570 BN) (hereinafter, the "Limitation Vessel"), in this action for exoneration from or limitation of liability arising from an accident that occurred on or about May 22, 2021 on the waters of the North River in or near Scituate, Massachusetts (hereinafter, the "Voyage"), as more fully set forth in the Complaint in Admiralty filed herein (hereinafter, the "Limitation Complaint"), in which the Limitation Plaintiff requests, among other things, that this Court:

(1) issue notice to all persons who may have or who are asserting claims with respect to any loss, damage, or injury arising out of or occurring during the Accident, admonishing them to file their respective claims and answers, if any, to the Limitation Complaint filed herein; and

(2) issue an Order restraining, staying and enjoining the commencement and further prosecution of all actions, suits, and proceedings with respect to such claims against the Limitation Plaintiff and his property, except in this action; and

(3) issue an Order accepting the instant *Ad Interim* Stipulation of Value for Twenty Three Thousand Eight Hundred Fifty Five and 00/100 dollars ($23,855.00) (U.S.), which is the total amount of the Limitation Plaintiff's interest in the Limitation Vessel; and

WHEREAS, the Limitation Plaintiff wishes to prevent the further prosecution of all actions, suits, or proceedings against him, as aforesaid, or against the Limitation Vessel or any of his other property, and any actions, suits, or proceedings of any nature or description whatsoever in any and all courts, and he wishes to stipulate to the value of the Limitation Vessel in the amount of its interest therein, amounting to Twenty Three Thousand Eight Hundred Fifty Five and 00/100 dollars ($23,855.00) (U.S.), pending any further appraisement of value of the Limitation Plaintiff's interest in the Limitation Vessel, as this Court may hereafter order; and

WHEREAS, the Limitation Plaintiff is depositing with the Court a Letter of Undertaking (attached hereto as **Exhibit A**) necessary to establish security for the limitation fund;

NOW, THEREFORE, the conditions of the *Ad Interim* Stipulation are that:

1.      The Limitation Plaintiff, by his undersigned attorneys, hereby submits himself to the jurisdiction of this Court and appoint the undersigned attorneys as his agents for the service of process in this matter, only;

2.      Pending any further appraisal of the value of the Limitation Plaintiff's interest in the Limitation Vessel at the time in question as the Court may hereafter order, the Limitation Plaintiff stipulates in the sum of Twenty Three Thousand Eight Hundred Fifty Five and 00/100 dollars ($23,855.00) (U.S.), as the value of Limitation Plaintiff's interest in the Limitation Vessel; that, pursuant to further order of this Court confirming the appraisal of the value of Limitation Plaintiff's interest in the Limitation Vessel, he will file or cause to be filed, in this action further

stipulations for value, or other form of security as may be ordered by this Court, in the amount or value of such interest as thus ascertained; and, pending the filing of such further stipulation for value, or other form of security as may be ordered by this Court, this Stipulation shall stand as security for all claims in response to said Limitation Complaint; and

3. Until further stipulation for value or other form of security shall be substituted for this Stipulation as aforesaid, the Limitation Plaintiff agrees to abide by all orders and decrees of this Court, intermediate or final, pay all court costs and fees earned by the U.S. Marshal as herein set forth and to pay the amount awarded by the final decree rendered by this Court, or an appellate court if an appeal intervenes, up to the principal amount of this Stipulation with interest as aforesaid, and, if such payments are made, this Stipulation shall become void, otherwise to remain in full force and effect.

IT IS HEREBY STIPULATED AND AGREED, for the benefit of whom it may concern, that the Limitation Plaintiff shall be bound in the sum Twenty Three Thousand Eight Hundred Fifty Five and 00/100 dollars ($23,855.00) (U.S.), and to pay the amount awarded by the final decree rendered by the Court, or an appellate court if an appeal intervenes, up to the principal amount of this Stipulation with interest as aforesaid; and if such payments are made, this Stipulation shall become void, otherwise to remain in full force and effect.

Dated: November 11, 2021                           Respectfully submitted,

                                                                          EDWARD FURST

                                                                    By: /s/ Walter A. Galas, Jr.
                                                                          Walter A. Galas, Jr.
                                                                          BBO# 628750
                                                                          Law Office of Laura Nigro
                                                                          45 Shawmut Road, Suite 1C
                                                                          Canton, MA 02021
                                                                          (781) 355-7800

I-1831785.1

wgalas1@progressive.com

Christopher A. Abel
*pro hac vice application forthcoming*
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone:   757.628.5500
Facsimile:    757.628.5566
cabel@wilsav.com

*Counsel for Limitation Plaintiff Edward Furst*