

November 8, 2021

Robert M. Farrell
Clerk of Court
United States District Court
for the District of Massachusetts
Eastern Division
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

    Re:    Letter of Undertaking - *In The Matter of the Complaint of Edward Furst, as owner of a 1999 Boston Whaler 18 Outrage, HIN: BWCLB057C999, for exoneration from or limitation of liability*

Dear Mr. Farrell:

    In connection with the Complaint in Admiralty for Exoneration from or Limitation of Liability, filed in this Honorable Court, styled as *In The Matter of the Complaint of Edward Furst, as owner of a 1999 Boston Whaler 18 Outrage, HIN: BWCLB057C999, for exoneration from or limitation of liability* (hereinafter "the Limitation Action"), the undersigned insurer, Progressive Direct Insurance Company, hereby agrees:

    1.    In the event a final decree (after appeal, if any) be entered in favor of any claimant against the Limitation Vessel or the Limitation Plaintiff in the Limitation Action, the undersigned company agrees to pay and satisfy, up to and not exceeding the sum of Twenty Three Thousand Eight Hundred Fifty Five Dollars ($23,855.00) (U.S.), of the final decree or any lesser amount decreed by the Court or settled between the parties, where said settlement has been made with the approval of the undersigned company, without any final decree being rendered.

    2.    Upon demand, to cause to be filed a bond in form and sufficiency of surety satisfactory to the Court in the above amount, securing any claimant's claim against the Limitation Plaintiff and/or the Limitation Vessel, the amount of such bond not to exceed the amount stated in subparagraph 1, above.

    3.    In the event the bond referred to in subparagraph 2, above, is filed, the undersigned company shall have no further obligation under subparagraph 1, above.

    It is understood and agreed that the signing of this letter by Beck Suich is not to be construed as binding her but is to be binding only upon Progressive Direct Insurance Company.



This letter is written entirely without prejudice as to any rights or defenses which the said vessel or owner may have under any laws or statutes.

Sincerely,

PROGRESSIVE DIRECT INSURANCE COMPANY

By: _____
Becky D. Suich
Senior Claims Specialist