**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF EDWARD FURST, AS OWNER OF A 1999 BOSTON WHALER 18 OUTRAGE, HIN BWCLB057C999, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Case No. _____ |

### LIMITATION PLAINTIFF'S STIPULATION FOR COSTS

WHEREAS Limitation Plaintiff, Edward Furst (hereinafter, the "Limitation Plaintiff"), as owner of a 1999 Boston Whaler 18 Outrage (Hull Identification Number: BWCLB057C999, State Registration Number: MS 4570 BN) (hereinafter, the "Limitation Vessel"), in this action for exoneration from or limitation of liability arising from an accident that occurred on or about May 22, 2021 on the waters of the North River in or near Scituate, Massachusetts (hereinafter, the "Voyage"), as more fully set forth in the Complaint in Admiralty filed herein (hereinafter, the "Limitation Complaint"), in fulfillment of his obligation to secure costs as required by Supplemental Admiralty Rule (F)(1), submits this Stipulation for Costs in the sum of One Thousand and 00/100 dollars ($1,000).

NOW, THEREFORE, it is hereby stipulated and agreed, for the benefit of whom it may concern, that the Limitation Plaintiff shall be and is bound in the sum of One Thousand and 00/100 dollars ($1,000.00), conditioned that the Limitation Plaintiff shall pay all costs that shall be awarded against him by this Court, or, in case of appeal, by the appellate court, and all fees earned by the U.S. Marshal, and reasonable expenses, and all costs of every description which may accrue to the United States, up to the principal amount of this Stipulation with interest as aforesaid; and

if such payments are made, this Stipulation shall become void, otherwise to remain in full force and effect.

Dated: November 11, 2021

Respectfully submitted,

EDWARD FURST

By: /s/ Walter A. Galas, Jr.
Walter A. Galas, Jr.
BBO# 628750
Law Office of Laura Nigro
45 Shawmut Road, Suite 1C
Canton, MA 02021
(781) 355-7800
wgalas1@progressive.com

Christopher A. Abel
*pro hac vice application forthcoming*
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone: 757.628.5500
Facsimile: 757.628.5566
cabel@wilsav.com

*Counsel for Limitation Plaintiff Edward Furst*