**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF EDWARD FURST, AS OWNER OF A 1999 BOSTON WHALER 18 OUTRAGE, HIN BWCLB057C999, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Case No. _____ |

## LIMITATION PLAINTIFF'S MOTION TO APPROVE SECURITY AND FOR PUBLICATION AND STAY

WHEREAS Limitation Plaintiff, Edward Furst (hereinafter, the "Limitation Plaintiff"), as owner of a 1999 Boston Whaler 18 Outrage (Hull Identification Number: BWCLB057C999, State Registration Number: MS 4570 BN) (hereinafter, the "Limitation Vessel"), in this action for exoneration from or limitation of liability arising from an accident that occurred on or about May 22, 2021 on the waters of the North River in or near Scituate, Massachusetts (hereinafter, the "Voyage"), as more fully set forth in the Complaint in Admiralty filed herein (hereinafter, the "Limitation Complaint"), by counsel, and pursuant to Supplemental Rule F of the Federal Rules of Civil Procedure hereby moves the Court for entry of:

1.      An order accepting the Limitation Plaintiff's *Ad Interim* Stipulation for Value (ECF No. 2) and the Limitation Plaintiff's Stipulation for Costs (ECF No. 3), as sufficient to satisfy the security requirements of 46 U.S.C. § 30511, Supplemental Rule F(1) of the Federal Rules of Civil Procedure, and directing the Clerk of the Court to accept payment into the Court's registry of One Thousand and 00/100 dollars ($1,000.00) (U.S.) in satisfaction of those requirements. A proposed Order Accepting Security is attached hereto as **Exhibit A**.

I-1834461.1

2

2. An order of publication and stay under Supplemental Rule F(3) and (4) of the Federal Rules of Civil Procedure enjoining, staying, and restraining any and all claims and proceedings against the Limitation Plaintiff, the Limitation Vessel, or the Limitation Plaintiff's property which arise by reason of the Voyage described in the Limitation Complaint, except in the present proceeding and in accordance with this Court's orders, and directing the Clerk of the Court to issue a Notice to all persons claiming damages sustained or occasioned or incurred by or resulting from the Accident, or in any way arising out of or in connection with the operation of the Limitation Vessel at or near the time when the Voyage occurred, admonishing them to file their respective claims with the Clerk of the Court and to serve on or mail to counsel for the Limitation Plaintiff a copy thereof, or be defaulted, on or before **January 12, 2022** (or another date that the Court prefers).

3. A proposed Order of Publication and Stay is attached hereto as **Exhibit B**. A proposed Notice of Complaint for Exoneration from or Limitation of Liability is attached hereto as **Exhibit C**.

Dated: November 11, 2021                          Respectfully submitted,

                                                                     EDWARD FURST

By: */s/ Walter A. Galas, Jr.*
      Walter A. Galas, Jr.
      BBO# 628750
      Law Office of Laura Nigro
      45 Shawmut Road, Suite 1C
      Canton, MA 02021
      (781) 355-7800
      wgalas1@progressive.com

      Christopher A. Abel
      *pro hac vice application forthcoming*
      Willcox & Savage, P.C.

I-1834461.1

3

          440 Monticello Avenue, Suite 2200
          Norfolk, Virginia 23510
          Telephone:   757.628.5500
          Facsimile:   757.628.5566
          cabel@wilsav.com

*Counsel for Limitation Plaintiff Edward Furst*

3

I-1834461.1