IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF EDWARD FURST, AS OWNER OF A 1999 BOSTON WHALER 18 OUTRAGE, HIN BWCLB057C999, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Case No.  1:21-cv-11832-WGY |

## ORDER ACCEPTING SECURITY

WHEREAS Limitation Plaintiff, Edward Furst (hereinafter, the "Limitation Plaintiff"), as owner of a 1999 Boston Whaler 18 Outrage (Hull Identification Number: BWCLB057C999, State Registration Number: MS 4570 BN) (hereinafter, the "Limitation Vessel") as identified in the Complaint in Admiralty filed herein (hereinafter, the "Limitation Complaint"), claims the right of exoneration from or limitation of liability from any and all claims arising from an accident that occurred during a voyage on or about May 22, 2021 on the waters of the North River in or near Scituate, Massachusetts (hereinafter, the "Voyage"), as more fully described in the Limitation Complaint; and the Limitation Plaintiff also stating the facts and circumstances under which exoneration or limitation is claimed;

WHEREAS, the Limitation Plaintiff has tendered to this Court a Letter of Undertaking in the amount of TWENTY THREE THOUSAND EIGHT HUNDRED FIFTY FIVE AND 00/100 DOLLARS ($23,855.00) (U.S.), in satisfaction of his requirement to post security for the amount of his interest in the Limitation Vessel, as set forth in his *Ad Interim* Stipulation for Value (ECF No. 2) and One Thousand and 00/100 dollars ($1,000.00) (U.S.) for costs, as set forth in his Stipulation for Costs (ECF No. 3);

I-1831786.1

NOW, on application of the Limitation Plaintiff, by counsel, to deposit funds into the registry of the Court;

**IT IS HEREBY ORDERED:**

That the Clerk of the Court shall accept the funds tendered to the Court as described above and that such tender satisfies the security requirements of 46 U.S.C. § 30511 and Supplemental Rule F(1) inclusive of interest and costs not previously stipulated to by the Limitation Plaintiff in this matter, without prejudice to the right of any claimant to seek additional security under Supplemental Rule F(7).

          BY THE COURT

          /s/ William G. Young
          **United States District Judge for the District of Massachusetts**

DATED:  December 27, 2021