**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF EDWARD FURST, AS OWNER OF A 1999 BOSTON WHALER 18 OUTRAGE, HIN BWCLB057C999, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Case No.  1:21-cv-11832-WGY |

## ORDER OF PUBLICATION AND STAY

WHEREAS Limitation Plaintiff Edward Furst (hereinafter, the "Limitation Plaintiff"), as owner of a 1999 Boston Whaler 18 Outrage (Hull Identification Number: BWCLB057C999, State Registration Number: MS 4570 BN) (hereinafter, the "Limitation Vessel"), as identified in the Complaint in Admiralty filed herein (hereinafter, the "Limitation Complaint"), claims the right of exoneration from or limitation of liability from any and all claims arising from an accident that occurred during a voyage on or about May 22, 2021 on the waters of the North River in or near Scituate, Massachusetts (hereinafter, the "Voyage"), as more fully described in the Limitation Complaint; and the Limitation Plaintiff also stating the facts and circumstances under which exoneration or limitation is claimed;

NOW, on application of the Limitation Plaintiff, by counsel,

**IT IS HEREBY ORDERED:**

That the commencement or prosecution of any actions or suits of any nature against either the Limitation Plaintiff or the Limitation Vessel is enjoined; and further prosecution of any actions heretofore commenced or to be commenced against the Limitation Plaintiff, or against property owned, operated, or controlled by the Limitation Plaintiff, is enjoined; and any property heretofore attached under any such suit or action should be and is freed from such attachment; and any bonds

1

I-1831780.1

or stipulations heretofore given for the release of any vessel or property of the Limitation Plaintiff are released and canceled; and the Clerk and/or U.S. Marshal of any Court in which any such property has been attached is hereby commanded to restore the said property to the person or persons having custody at the time of the said attachment, and no other suit, action, or claim of any nature shall be made or prosecuted against either the Limitation Plaintiff or the Limitation Vessel, or any property in which the Limitation Plaintiff has an interest, which arises by reason of the Voyage except in the present proceeding and in accordance with this and any other subsequent order of this Court, and all such other actions are hereby stayed and restrained until the hearing and determination of this proceeding; and it is further

**ORDERED** that the Clerk issue a Notice to all persons claiming damages sustained or occasioned or incurred by or resulting from the Voyage, or in any way arising out of or in connection with the operation of the Limitation Vessel at or near the time when the Voyage occurred, admonishing them to file their respective claims with the Clerk of the Court and to serve on or mail to counsel for the Limitation Plaintiff a copy thereof, or be defaulted, on or before the __1st__ day of __March__, 20_22_ and subject to the right of any person or persons to controvert or question the same, with liberty also to any person or persons claiming damages who shall have presented their claims to answer the Complaint; and it is further

**ORDERED** that notice be published in the Old Colony Memorial once per week for four (4) consecutive weeks before the return date of this Order, and that the Limitation Plaintiff shall, no later than the day of the second publication mail a copy of said notice to every person known to have made or who may make a claim against the Limitation Plaintiff and/or the Limitation Vessel arising out of the Voyage for which the claims sought to be limited arose; and it is further

2

I-1831780.1

**ORDERED** that service of this Order as a restraining order be made within this District or Court by delivering a copy of this Order to the person or persons to be restrained, or to his, her, or their respective counsel or attorneys.

BY THE COURT

/s/ William G. Young

**United States District Judge for the District of Massachusetts**

DATED:  December 27, 2022

3