# EXHIBIT 1



# LOCALiQ
## NEW ENGLAND

PO Box 631210 Cincinnati, OH 45263-1210

## PROOF OF PUBLICATION

P.C. Willcox & Savage
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk VA 23510

**STATE OF MASSACHUSETTS, COUNTY OF PLYMOUTH**

The Old Colony Memorial, a newspaper printed and published in the city of Plymouth, and of general circulation in the County of Plymouth, State of Massachusetts, and personal knowledge of the facts herein state and that the notice hereto annexed was Published in said newspapers in the issue:

01/12/2022, 01/19/2022, 01/26/2022, 02/02/2022

and that the fees charged are legal.

Sworn to and subscribed before on 02/02/2022

_____
Legal Clerk

_____
Notary, State of WI, County of Brown

7/27/25

_____
My commission expires

Publication Cost:
Order No:       6802298           # of Copies:
Customer No:    647533            1
PO #:           Case No. 1:21-cv-11

### THIS IS NOT AN INVOICE!

*Please do not use this form for payment remittance.*

SARAH BERTELSEN
Notary Public
State of Wisconsin

Page 1 of 2

1999 Boston Whaler 18 Outrage

IN THE UNITED STATES
DISTRICT COURT
FOR THE DISTRICT OF
MASSACHUSETTS
EASTERN DIVISION

Case No.
1:21-cv-11832-WGY

IN THE MATTER OF THE COMPLAINT OF EDWARD FURST, AS OWNER OF A 1999 BOSTON WHALER 18 OUTRAGE, HIN BWCLB057C999, FOR EXONERATION FROM OR LIMITATION OF LIABILITY

### NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Notice is given Limitation Plaintiff, Edward Furst (hereinafter, the "Limitation Plaintiff"), as owner of a 1999 Boston Whaler 18 Outrage (Hull Identification Number: BWCLB057C999, State Registration Number: MS 4570 BN) (hereinafter, the "Limitation Vessel") as identified in the Complaint in Admiralty filed herein (hereinafter, the "Limitation Complaint"), claims the right of exoneration from or limitation of liability from any and all claims arising from an accident that occurred during a voyage on or about May 22, 2021 on the waters of the North River in or near Scituate, Massachusetts (hereinafter, the "Voyage").

All persons having claims must file them as provided in Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, with the Clerk of this Court, the United States District Court for the District of Massachusetts, and serve on or mail to the Limitation Plaintiff's counsel: Christopher A. Abel, Esquire, Willcox & Savage, P.C., 440 Monticello Avenue, Suite 2200, Norfolk, Virginia 23510, or to Walter A. Galas, Jr., Esquire, Law Office of Laura Nigro, 45 Shawmut Road, Suite 1C, Canton, Massachusetts 02021, a copy thereof on or before the 1ST day of March, 2022, or be defaulted. Personal attendance is not required.

Any claimant desiring to contest the Limitation Plaintiff's allegations must file an answer to the Complaint as required by Rule F(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and serve on or mail to either counsel for the Limitation Plaintiff a copy thereof.

December 27, 2021.

By: /s/ William G. Young
United States District Judge for the
District of Massachusetts

AD#14004512
OCM 1/12, 1/19, 1/26, 2/2/22.