IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF EDWARD FURST, AS OWNER OF A 1999 BOSTON WHALER 18 OUTRAGE, HIN BWCLB057C999, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Case No. 1:21-cv-11832-WGY |

### ENTRY OF DEFAULT FOR NON-APPEARING PARTIES AND NON-ASSERTED CLAIMS

This cause having come before the undersigned Clerk of Court on the request of Limitation Plaintiff, Edward Furst (hereinafter, the "Limitation Plaintiff as the owner of the 1999 Boston Whaler, 18 Outrage (Hull Identification Number: BWCLB057C999, State Registration Number: MS 4570 BN) (hereinafter, the "Limitation Vessel"), by counsel, for entry of default against non-appearing parties and non-asserted claims, and having reviewed the record herein, the undersigned finds that:

1. On November 11, 2021, the Limitation Plaintiff filed a Complaint in Admiralty, pursuant to 46 U.S.C. §§ 30501 *et seq.*, claiming the right of exoneration from or limitation of liability for any and all claims arising out of an accident that occurred during a voyage on or about May 22, 2021, on the waters of the North River, in or near Scituate, Massachusetts (hereinafter, "the Voyage"). *See* ECF No. 1.

2. Also on November 11, 2021, the Limitation Plaintiff filed his Motion to Approve Security and for Publication and Stay. *See* ECF No. 4. On December 27, 2021. The Court entered its Orders Accepting Security, ECF No. 12, and for Publication and Stay, ECF No. 13, (hereinafter, the "Publication Order"). The Publication Order directed potential claimants to filed their claims with the Clerk of this Court, in the United States District Court for the District of

I-1873901.1

Massachusetts, and serve on or mail to Limitation Plaintiff's counsel a copy thereof on or before March 1, 2022 or be defaulted. *See* ECF No. 8, at 2. The Publication Order also directed the Limitation Plaintiff to publish the notice specified in the Publication Order in *The Old Colony Memorial* once per week for four (4) consecutive weeks before March 1, 2022, and to mail a copy of the notice to every person known to have made a claim or who may make a claim arising out of the Voyage no later than the day of the second publication. *See id.*

3. The Limitation Plaintiffs have completed the requirements of the Publication Order and Supplemental Rules F(4) and (6). *See* Notice of Compliance, ECF No. 12.

4. The deadline for receipt of claims and answers was March 1, 2022. No Claimants have appeared or filed any answer, claim, or other responsive pleading.

THEREFORE, pursuant to the Publication Order, default is hereby entered against all parties having an interest in this matter and as to all claims against the Limitation Plaintiff and/or the Limitation Vessel arising from the Voyage.

By: /s/Matthew A. Paine, Deputy Clerk
_____
Clerk, United States District Court for the District of Massachusetts

**March 15, 2022**