### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF EDWARD FURST, AS OWNER OF A 1999 BOSTON WHALER 18 OUTRAGE, HIN BWCLB057C999, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Case No. 1:21-cv-11832-WGY |

## APPLICATION FOR RETURN OF SECURITY

Limitation Plaintiff Edward Furst (hereinafter, the "Limitation Plaintiff") hereby applies for an order returning the $1,000.00 he paid into the Court's registry as security for his claim for exoneration from or limitation of liability as required by the Limitation of Liability Act, 46 U.S.C. § 30511(b)(2)(B) and Rule F(1) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, and for his Letter of Undertaking (ECF 2-1), attached to his *Ad Interim* Stipulation to be released and declared null and void.

On November 11, 2021, the Limitation Plaintiff filed a Motion to Approve Security and for Publication and Stay asking the Court to accept payment into its registry. (ECF 4). The Court issued its Order Accepting Security on December 27, 2021 (ECF 7) and received the funds on January 4, 2022 (ECF 9).

After no claimants appeared in this action, the Court issued a default judgment of exoneration on March 23, 2022. (ECF 17). The matter is now resolved, and there is no further need for the security. The Limitation Plaintiff, therefore, requests that the Court issue an order returning the security, payable to his attorney, Willcox Savage, P.C., and send it to the attention of Christopher A. Abel, Willcox Savage, P.C., 440 Monticello Avenue, Suite 2200, Norfolk, Virginia 23510. *See* Fed. R. Civ. P. 67(b); 28 U.S.C. § 2042. The Limitation Plaintiff further requests that

I-1875949.1

the Letter of Undertaking (ECF 2-1), attached to his *Ad Interim* Stipulation be released and declared null and void.

Dated: March 24, 2022

Respectfully submitted,

EDWARD FURST

By: /s/ Christopher A. Abel
Christopher A. Abel
*Admitted Pro Hac Vice*
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone: 757.628.5500
Facsimile: 757.628.5566
cabel@wilsav.com

Walter A. Galas, Jr.
BBO# 628750
Law Office of Laura Nigro
45 Shawmut Road, Suite 1C
Canton, MA 02021
(781) 355-7800
wgalas1@progressive.com

*Counsel for Limitation Plaintiff Edward Furst*

2

I-1875949.1