IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF EDWARD FURST, AS OWNER OF A 1999 BOSTON WHALER 18 OUTRAGE, HIN BWCLB057C999, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Case No. 1:21-cv-11832-WGY |

### ORDER FOR RETURN OF SECURITY

WHEREAS the Limitation Plaintiff Edward Furst deposited $1,000.00 into the Court's registry as security for his claim for exoneration from or limitation of liability and filed a Letter of Undertaking (ECF 2-1), attached to his *Ad Interim* Stipulation, as required by the Limitation of Liability Act, 46 U.S.C. § 30511(b)(2)(B) and Rule F(1) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure; and

WHEREAS no claims were made in this action; and

WHEREAS the court issued a default judgment of exoneration in favor of the Limitation Plaintiff, and

WHEREAS Limitation Plaintiff requests the return of the security and release of the Letter of Undertaking;

NOW, THEREFORE, the Court finds that there is no further need for the security and that it should be returned to the Limitation Plaintiff.

IT IS HEREBY ORDERED that the security be returned to the Limitation Plaintiff, payable to his attorney, Willcox Savage, P.C., by sending it to the attention of Christopher A. Abel, Willcox Savage, P.C., 440 Monticello Avenue, Suite 2200, Norfolk, Virginia 23510, and the Letter

I-1875964.1

of Undertaking (ECF 2-1) attached to his *Ad Interim* Stipulation is hereby released and declared null and void.

| March 25, 2022 | /s/ William G. Young |
|---|---|
| Date | United States District Judge for the District of Massachusetts |